495

**No. 60728.**—Inter Maritime Fwdg. Co., Inc. *v.* United States, protest 281833–K (New York).

Opinion by FORD, J.   An examination of the official record failing to disclose any reason for disturbing the presumptively correct classification made by the collector, the protest was overruled.

BEFORE THE THIRD DIVISION, MAY 8, 1957

**No. 60729.**—Morganite, Inc. *v.* United States, protests 290820–K, etc.   (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the subject of *Morganite, Inc.* v. *United States* (42 C. C. P. A. 207, C. A. D. 595), the claim of the plaintiff was sustained.

**No. 60730.**—Eugenio Mireles *v.* United States, protest 300375–K (Laredo).

Opinion by JOHNSON, J.   At the trial, a laboratory report was received in evidence (exhibit 1), and it was conceded by Government counsel that the facts contained in the exhibit were correct.   An examination of exhibit 1 showing that the calcium fluoride content of the samples of fluorspar from the shipment involved was over 97 percent by weight, the claim of the plaintiff was sustained.

**No. 60731.**—Universal Importing Corp. *v.* United States, protest 284280–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware teapots similar in all material respects to those the subject of Abstract 59027, the claim of the plaintiff was sustained.